LETTER

**Fw: requests from Daryl Huff**
Shelli Mizukami   to: Joedy Hu                                   01/08/2016 12:45 PM

----- Forwarded by Shelli Mizukami/HID/09/USCOURTS on 01/08/2016 12:45 PM -----

From: "Huff, Daryl" <dhuff@hawaiinewsnow.com>
To: "shelli_mizukami@hid.uscourts.gov" <shelli_mizukami@hid.uscourts.gov>
Date: 01/07/2016 05:54 PM
Subject: requests from Daryl Huff

Hi Shelli –
Sorry to bother you with this, but I sent the attached letter to the email address at 'Seabright_orders…" in October as instructed by the clerk's office. It was a request to unseal the "training video" in Vince Morre's case that the judge referred to during sentencing as having impressed him.
I haven't received any acknowledgment or response and don't see it in the docket, so I wonder if it even got through.
Also, in the meantime, I have been told by HPD (which took weeks to respond to my request – based on training materials being public records); that HPD did not accept the video and that it has never been shown to any recruits.  NO other potential source for the video has been willing to share it.  The defense attorney now denies having it.
I'd appreciate if you could bring this to the judge's attention.
Mahalo
Daryl

**Daryl Huff** | **Special Projects Producer** | **HAWAII NEWS NOW**: KFVE/KGMB/KHNL

HAWAII NEWS NOW    Phone: 808.843.3664  Mobile: 808.462.3683

KFVE  KGMB  KHNL
E-mail: Dhuff@hawaiinewsnow.com
Address: 420 Waiakamilo Road, Suite 205, Honolulu, HI 96817
Stay Connected: Web | Facebook | Twitter

Get our FREE apps: iOS News App | iOS Weather App | Android News App | Android Weather App

image001.jpg    Judge Michael Seabright.pdf

Judge Michael Seabright
U.S. District Court
Honolulu, HI

October 20, 2015

Dear Judge Seabright,

This letter is to request the unsealing of an exhibit offered by the defense in the sentencing of former police officer Vincent Morre.

During the sentencing it was clear that a video, entered as an attachment to the defense sentencing statement, was extremely important to the court's consideration of Mr. Morre's acceptance of responsibility. The video, apparently a training video produced by Mr. Morre and his co-defendant for viewing by Honolulu Police Department recruits, was described in detail by the defense and by the court.

Upon hearing of this video in open court, Hawaii News Now immediately made formal requests to the defense, the FBI, the U.S. Attorney, the District Court Clerk, your court staff and the Honolulu Police Department (HPD). The first three referred us back to HPD which they said "owned" the video. The clerk's office checked the docket and suggested I contact your courtroom manager to whom I made the request via e-mail. The Honolulu Police Department, even though there seems to be no question that the video not be exempt from Hawaii's open records law, has yet to respond to our request.

As you know the public appetite for any particular news story fades quickly, so time is of the essence if we are to make an effective presentation of this story. We also believe public viewing of this video would actually have value in deterring police misconduct and informing the public about what are acceptable standards of police behavior.

On these bases I request that you unseal this one portion of the sentencing statement. If made available we can come to your chambers or the clerk's office and make a copy. Because I am not on the alert system as a party, please have your staff call me to let me know if you have issued the order.

Thank you for your consideration,

Daryl Huff
Special Projects Producer, Hawaii News Now
dhuff@hawaiinewsnow.com